consecutively. He appeals also from the denial of his Rule 29.15 motion alleging ineffective assistance of counsel. No error of law appears, the verdict is supported by the evidence, the judgment of the trial court on the post-conviction motion is based on findings of fact which are not clearly erroneous, and no jurisprudential purpose would be served by a written opinion. The parties have been furnished with a memorandum supplementing this order. The judgments are affirmed. Rules 30.25(b) and 84.16(b).

RSMo 1986, and felony stealing, § 570.030, RSMo 1986, for which he was sentenced as a persistent offender to a term of ten years on each charge to be served consecutively and appeals from the denial of his 29.15 motion. We affirm.

The findings and conclusions of the trial court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgments pursuant to Rule 30.25(b) and Rule 84.16(b).

STATE of Missouri,
Plaintiff/Respondent,

v.

Maxwell JOHNSON,
Defendant/Appellant.

Maxwell JOHNSON, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 54990, 58944.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 27, 1991.

Judith C. LaRose, Janet M. Thompson, Columbia, for defendant/appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of second degree burglary, § 570.030,

Anthony LASCALA, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 59524.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 27, 1991.

Ellen H. Flottman, Columbia, for plaintiff/appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for defendant/respondent.

ORDER

PER CURIAM.

Movant entered a guilty plea to assault in the first degree, § 565.050, RSMo 1986, for which he was sentenced to a term of eight years and appeals from the denial of his Rule 24.035 motion. We affirm.

The findings and conclusions of the trial court are not clearly erroneous, and an extended opinion would have no prece-